# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| VINCENT T. YOUNG, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-040 |
| MEG HEAP and LYNDSEY RUDDER, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Vincent Young's complaint in this case is a virtual carbon-copy of his complaint in *Young v. Heap*, No. CV415-018 (S.D. Ga. filed Jan. 22, 2015) ("*Young I*"). As he raises no new claims, his latest complaint is duplicative and fails for the same reasons explained in *Young I*. Accordingly, it should be **DISMISSED**.

Nevertheless, plaintiff must pay his filing fee. Based upon his furnished information, he owes at $7.93 partial filing fee. *See* 28 U.S.C. § 1915(b)(1) (requiring an initial fee assessment "when funds exist," under a specific 20 percent formula). Plaintiff's account custodian, however, shall set aside 20 percent of all future deposits to the account and forward those funds to the Clerk each time the set aside amount reaches $10, until

the balance of the Court's $350 filing fee has been paid in full. In the event plaintiff is transferred to another institution, plaintiff's present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to plaintiff's new custodian. The balance due from the plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.

A copy of this Order and a copy of the Consent to Collection of Fees from Trust Account shall be served upon plaintiff and his current custodian. The payment portion of this Order is to be implemented immediately, as it is not subject to the adoption provision of Fed. R. Civ. P. 72(b).

**SO REPORTED AND RECOMMENDED**, this 16TH day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA