# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

VINCENT YOUNG,              )
     Plaintiff,            )
                       )
     v.                  )     CV 415-40
                       )
MEG HEAP and LYNDSEY RUDDER, )
     Defendants.        )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the

opinion of the Court.

The Clerk is ordered to enter appropriate judgment and close this case.

So ORDERED, this 12 day of June, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA